UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS WELKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) CASE NO.  1:16-cv-0415-RLY-DKL |
| | ) |
| CAPPO MANAGEMENT X, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that this matter be, and it hereby is, dismissed with prejudice, costs paid.

Dated:  7/11/2016

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to All ECF-registered counsel of record via e-mail